NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW IMAGE GLOBAL, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-2444

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00175-JAR, Senior Judge Jane A. Restani.

---

## JUDGMENT

---

ELON ABRAM POLLACK, Stein Shostak Shostak Pollack & O'Hara, Los Angeles, CA, argued for plaintiff-appellant. Also represented by KAYLA REGINA OWENS.

HARDEEP KAUR JOSAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, NY, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, JUSTIN REINHART MILLER; YELENA SLEPAK, Office of the Assistant

Chief Counsel, International Trade Litigation, United States Customs and Border Protection, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2022         /s/ Peter R. Marksteiner
    Date            Peter R. Marksteiner
                    Clerk of Court